**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **GEORGE HAMM,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL NO. 2:16-CV-627-DBH** |
| **NANCY A. BERRYHILL, ACTING** | ) | |
| **COMMISSIONER, SOCIAL SECURITY** | ) | |
| **ADMINISTRATION,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On April 30, 2018, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on Application for Attorney Fees. The time within which to file objections expired on May 14, 2018, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's EAJA Application is **GRANTED** in the amount of $6,457.55.

**SO ORDERED.**

**DATED THIS 15TH DAY OF MAY, 2018**

/S/D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**